# UNITED STATES DISTRICT COURT
для the
Western District of Washington

___Tacoma___ Division

Kristina Martsenyak

Case No. **25 CV-1624** JCC

(to be filled in by the Clerk's Office)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

American Airlines, Inc.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

FILED ___ LODGED
___ RECEIVED

AUG 25 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

[handwritten margin: 109405 TAC3-970]

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Kristina Martsenyak |
   | Street Address | 33203 39th Ave SW |
   | City and County | Federal Way, King County |
   | State and Zip Code | WA, 98023 |
   | Telephone Number | 253.293.7718 |
   | E-mail Address | kristina_k22@icloud.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: American Airlines, Inc.
- Job or Title (if known):
- Street Address: 4333 Amon Carter Blvd.
- City and County: Fort Worth, Tarrant County
- State and Zip Code: TX, 76155
- Telephone Number: 214.277.7710
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Kristina Martsenyak, is a citizen of the State of *(name)* Washington.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* American Airlines , is incorporated under the laws of the State of *(name)* Texas , and has its principal place of business in the State of *(name)* Texas .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Defendant's negligence resulted in Plaintiff experiencing severe emotional distress during late-stage pregnancy caused by the cancellation of original flight and lack of accommodations. Plaintiff later experienced a traumatic labor experience plausibly linked to the incident, resulting in ongoing psychological effects including anxiety, sleep disruption, and a fear of future childbirth.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about 12/20/24, Plaintiff, who was nearly eight months pregnant, experienced a delayed and ultimately canceled flight by American Airlines. Despite the airline's duty of care, no accommodations were made. Plaintiff spent the night on a metal bench without food, rest, or assistance, experiencing physical distress and emotional trauma. Defendant's failure to provide basic accommodations constitutes negligence, which caused foreseeable harm.

See attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that this Court enter judgment in her favor and award the following relief: a. Compensatory damages in an amount not less than $75,000; b. Costs of this action; c. Any other relief the Court deems just and proper. The basis for this amount is as follows: As a direct and proximate result of Defendant's negligence, Plaintiff suffered and continues to suffer the following damages: a. Physical distress and medical harm; b. Severe emotional distress and psychological trauma; c. Pain and suffering; d. Humiliation and loss of dignity; e. Loss of enjoyment of life and diminished reproductive autonomy; f. Anticipated future mental health costs.

please also see attached Exhibit A: Statement of Damages.

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     08.25.2025

Signature of Plaintiff     _[signature]_
Printed Name of Plaintiff   Kristina Martsenyak

B.      **For Attorneys**

Date of signing:    _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## III. Statement of Claim

1. On or about 12/20/24, Plaintiff, then nearly eight months pregnant, was scheduled to fly with American Airlines on a domestic U.S. itinerary beginning in Boston, MA, and ultimately returning to her home in Federal Way, WA.

2. Plaintiff's flight was delayed for over four hours and ultimately canceled. Plaintiff was able to secure a seat on another American Airlines flight, despite an announcement by staff stating it was fully booked.

3. At the connecting airport, no accommodations were made. Plaintiff was forced to spend the night at the airport on a metal bench, without access to food or water, as nearby vendors were closed and vending machines were nonfunctional.

4. Plaintiff experienced significant physical discomfort, including Braxton Hicks contractions, due to exhaustion, dehydration, and lack of rest.

5. In the days following the event, she experienced persistent anxiety, stress, and sleep disruptions.

6. While attempting to pursue legal redress through a small claims filing, Plaintiff went into labor. Due to accumulated stress and fatigue, her labor experience was physically and emotionally traumatic. She experienced repeated vomiting, nearly fainted twice, and struggled through delivery.

7. Prior to this experience, Plaintiff had intended to have more children. However, the trauma associated with this incident has instilled a deep fear of future childbirth.

8. Defendant owed Plaintiff a duty of care to provide reasonable assistance and accommodations, especially considering her late-stage pregnancy and the disruption to her travel plans.

9. Defendant breached that duty by failing to make reasonable accommodations or offer support despite Plaintiff's evident medical vulnerability.

10. As a direct and proximate result of Defendant's negligence, Plaintiff suffered physical pain, emotional distress, and long-term psychological harm.

Exhibit A: Statement of Damages

1. Physical Distress and Medical Harm

During the incident, I was nearly eight months pregnant. After a four-hour delay and ultimate cancellation of my flight, I approached a flight attendant operating a different American Airlines flight asking for some kind of help, even though he just announced for people to stop approaching him because the flight was fully booked. He recommended for people to go to the customer service line, but I approached him anyway, because the customer service line was several hundred feet long and I couldn't stand that long in line. I ended up getting on said fully-booked flight, but then was stranded overnight in a connecting airport with no support or accommodations, despite calling and asking for assistance. I had to sleep on a metal bench, with no food, clean water, or rest. Restaurants were closed due to the late night hours, and vending machines in the area were not working. This caused severe exhaustion, dehydration, and ongoing stress that resulted in frequent Braxton Hicks contractions and worsened my overall condition. Weeks later, on the day I went to file a small claims case related to this incident — still under significant emotional strain — I went into labor. My labor was physically traumatic; I vomited repeatedly and nearly fainted twice. Medical professionals noted the intensity of my condition, which I believe was aggravated by prolonged stress rooted in the airline's original negligence.

2. Severe Emotional Distress

The emotional toll of being left alone and unsupported as a visibly pregnant woman in a major airport was intense. I experienced extreme fear, helplessness, and anxiety during the event, and that distress has not ended. My mental and emotional health continued to deteriorate in the weeks that followed, especially while trying to navigate the legal system and being dismissed on technicalities. I still struggle with emotional exhaustion, anxiety, and panic, all of which are directly connected to the trauma of being abandoned during a vulnerable moment. Additionally, the trauma surrounding my labor experience has deeply affected my sense of safety and confidence in future pregnancies. While I previously wanted to have more children, I now live with a genuine fear of giving birth again. The distress and complications I experienced during labor — which I associate directly with the airline's negligence — have left me emotionally guarded, fearful, and uncertain about expanding my family. This represents a significant personal loss.

3. Pain and Suffering

The physical discomfort I endured at the airport — on top of late pregnancy fatigue — was deeply painful. The event also caused lasting pain by triggering an extremely difficult labor experience. The suffering I endured wasn't momentary — it has affected my confidence, ability to travel, and overall well-being as a mother and individual. My pain was both physical and emotional, and it continues to impact my life daily.

4. Humiliation and Loss of Dignity

I was left to sleep in a public airport, visibly pregnant, with no support or decency extended to me, even despite me calling and asking for help. I felt invisible and dehumanized, and I carry

anxiety and embarrassment from that experience. The emotional impact of being ignored and stranded in such a vulnerable state has stayed with me ever since.

5. Anticipated Future Mental Health Costs

I continue to suffer from anxiety, panic, and emotional instability tied to the events described. I am now seeking therapy and mental health care to manage this trauma. These services come at a financial cost, and I anticipate that long-term care will be needed to fully process the distress and fear caused by this incident and its aftermath.

Total Damages Requested

Considering the serious and long-lasting physical and emotional harm I have endured, as well as future care needs, I respectfully request that the Court award damages in an amount not less than $75,000, exclusive of interest and costs.