THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA MARTSENYAK, | CASE NO. C25-1624-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 17). Pursuant to LCR 7(h)(3), the Court INSTRUCTS Defendant to file a response to the motion no later than December 23, 2025. The response should not exceed six (6) pages and be limited to the issue(s) identified in Plaintiff's motion.

DATED this 9th day of December 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-1624-JCC
PAGE - 1