THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA MARTSENYAK, | CASE NO. C25-1624-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 17). In it, Plaintiff seeks reconsideration of this Court's order (Dkt. No. 15) dismissing her complaint for failure to establish the Court's personal jurisdiction over Defendant. (*See geneally* Dkt. No. 17.) Given the nature of this deficiency, the Court entered dismissal *without* prejudice, thus permitting Defendant to re-file her complaint in an appropriate venue. (*See generally* Dkt. No. 15.)

In moving for reconsideration, Plaintiff asks the Court to directly transfer this matter to the Northern District of Illinois, saving Plaintiff the effort and expense of refiling her complaint in that venue. (*See generally* Dkt. No. 17.) But reconsideration is only appropriate where there is

MINUTE ORDER
C25-1624-JCC
PAGE - 1

1   "manifest error in the prior ruling or a showing of new facts or legal authority which could not
2   have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1).
3   Plaintiff's motion fails to establish either. (*See generally* Dkt. No. 17.) Thus, the motion (Dkt.
4   No. 17) is DENIED.
5         DATED this 5th day of January 2026.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C25-1624-JCC
PAGE - 2